**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>             Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>             Defendants. | Case No:  2:18-cv-01623-DWL<br><br>**JOINT MOTION TO RESET ORAL ARGUMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

On November 18, 2019, this Court scheduled oral argument on Defendants' pending Motion to Dismiss (Doc. 40) for December 2, 2019, at 1:00 p.m.  [*See* Doc. 60.]  Counsel for both parties have multiple professional and personal obligations that either conflict directly with that date, which is the Monday after the Thanksgiving holiday, or will impair counsel's ability to adequately prepare for the argument.

Accordingly, the parties respectfully request that the oral argument be rescheduled to a date that is convenient for both the Court and parties.  Counsel for the parties are available on December 18, 19 and 20, 2019, and January 7 through January 10, 2020.

A proposed Order is attached.

RESPECTFULLY SUBMITTED this 19th day of November, 2019.

          COHEN DOWD QUIGLEY
          The Camelback Esplanade One
          2425 East Camelback Road, Suite 1100
          Phoenix, Arizona  85016
            Attorneys for Defendants

By:   */s/ Rebecca van Doren*
       Daniel G. Dowd
       Betsy J. Lamm
       Rebecca van Doren

**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
   Attorneys for Plaintiff

By:   */s/ Leonard W. Aragon (with permission)*
       Robert B. Carey
       Leonard W. Aragon

2