Robert B. Carey (011186)
Leonard W. Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, a single man,<br><br>Plaintiff,<br><br>v.<br><br>The Arizona Board of Regents, et al.,<br><br>Defendants. | Case No.: 2:18-cv-01623-DWL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT  (First Request)**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Plaintiff and Individual Defendants (the "Parties"), through their undersigned counsel, hereby stipulate and agree to modify the Response and Reply deadlines to Individual Defendants' Motion for Summary Judgment filed December 11, 2021 (Dkt. 94) as follows: Plaintiff shall file his response to Individual Defendants' Motion for Summary Judgment on or before March 1, 2021, and Defendants shall file their reply on or before March 26, 2021. The Parties are coordinating discovery issues related to the Motion for Summary Judgment and may submit a revised scheduling order at a later date. This request is necessary to accommodate discovery and because counsel for Plaintiff was diagnosed with COVID-19 and has been unable to respond to the motion and complete discovery related to the motion under the standard briefing schedule.

The Parties respectfully request that the Court grant this Stipulation and enter the Order lodged concurrently herewith pursuant to Rule 7.1(b)(3) and LR Civ. 7.3(a).

RESPECTFULLY SUBMITTED this 11th day of January, 2021.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Leonard W. Aragon
    Robert B. Carey (011186)
    Leonard W. Aragon (020977)
    rob@hbsslaw.com
    leonard@hbsslaw.com

Attorneys for Plaintiff John Doe

**COHEN DOWD QUIGLEY**

By s/ Rebecca van Doren *with permission*
    Daniel G. Dowd
    Betsy J. Lamm
    Rebecca van Doren
    The Camelback Esplanade One
    2425 East Camelback Road, Suite 1100
    Phoenix, Arizona 85016
    ddowd@CDQLaw.com
    blamm@CDQLaw.com
    rvandoren@CDQLaw.com

Attorneys for Defendants