1  COHEN DOWD QUIGLEY
   The Camelback Esplanade One
2  2425 East Camelback Road, Suite 1100
   Phoenix, Arizona  85016
3  Telephone 602•252•8400

4  Daniel G. Dowd (012115)
   Email:  ddowd@CDQLaw.com
5  Betsy J. Lamm (025587)
   Email:  blamm@CDQLaw.com
6  Rebecca van Doren (019379)
   Email:  rvandoren@CDQLaw.com
7    Attorneys for Defendants

8

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF ARIZONA**

11

| | |
|---|---|
| 12  John Doe, | Case No.  2:18-cv-01623-DWL |
| 13         Plaintiff, | |
| 14  vs. | **DEFENDANT THE ARIZONA BOARD OF REGENTS' RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONDUCT 30(b)(6) DEPOSITION** |
| 15  | |
| 16  The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron, | |
| 17  | (Assigned to the Honorable Dominic W. Lanza) |
| 18         Defendants. | |
| 19  | |
| 20  | |

21

22       On March 13, 2021, Plaintiff filed his Unopposed Motion for Extension of Time to
23  Conduct 30(b)(6) Deposition of Defendant the Arizona Board of Regents ("ABOR").  As
24  represented in the Motion, ABOR does not, in principle, oppose Plaintiff's request to take a
25  30(b)(6) deposition after the close of fact discovery.  However, ABOR respectfully submits this
26

Response to ensure the Court's decision on Plaintiff's Motion is based on complete and accurate information.

Plaintiff served his Notice of Rule 30(b)(6) Deposition on February 12, 2021, only a month before the close of fact discovery. Plaintiff unilaterally selected March 8, 2021, the last possible date for a fact deposition under the present Scheduling Order, as the date for that deposition. Although the Notice contained 19 separate deposition topics, Plaintiff did not request the meet and confer with ABOR required by Fed. R. Civ. P. 30(b)(6) either before or promptly after serving the Notice. Instead, <u>ABOR</u> sought a meet and confer on February 22, 2021, as required under Rule 30(b)(6) and due to the overbreadth of the numerous topics.[1]

Moreover, the 60-day extension requested by Plaintiff is likely insufficient. Although the parties have twice conferred with respect to the topics listed in the Notice, ABOR respectfully submits that the consultation and narrowing process is far from complete. In addition, while the parties' meet and confer process has not concluded, absent significant narrowing of the topics, ABOR believes there also may be issues that will ultimately require intervention by this Court. Until the parties have a final list of reasonably particular deposition topics, ABOR cannot identify appropriate designees and prepare them for the deposition. The completion of this process is likely to extend well beyond the 60 days Plaintiff seeks. *See, e.g., Apple Inc. v. Samsung Elecs. Co.*, 2011 WL 1938154, at *3 (N.D. Cal. May 18, 2011) ("To require Samsung to prepare for a 30(b)(6) deposition on such broad topics, and on such a tight timeline, would be unduly burdensome."); *Carlson, Inc. v. Int'l Bus. Machines Corp.*, 2011 WL 13135645, at *4 (D. Minn. Nov. 7, 2011) (granting IBM six months to prepare for its 30(b)(6) deposition).

---

[1] For example, Topic 8 of the Notice identified two spreadsheets produced by ABOR that listed all incidents investigated by ASU's Office of Student Rights and Resources ("SRR") involving allegations of sexual misconduct or violations of ASU's alcohol policy over a five-year period. Although there were 543 sexual misconduct cases and 8,337 alcohol cases listed in the spreadsheets, Plaintiff requested that a deponent be designated to discuss for each of the nearly 9,000 cases "the details of the charges, the facts supporting those charges, the UHB findings and recommendations, and the Senior VP's decision."

DATED: March 15, 2021

                                            COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
  Attorneys for Defendants

By:   /s/ *Rebecca van Doren*
       Daniel G. Dowd
       Betsy J. Lamm
       Rebecca van Doren