Robert B. Carey (011186)
Leonard W. Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| John Doe, a single man, | Case No.: 2:18-cv-01623-DWL |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR AN ORDER TO SEAL CERTAIN EXHIBITS TO PLAINTIFF'S OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| The Arizona Board of Regents, et al., | |
| Defendants. | |
| | (Assigned to the Honorable Dominic W. Lanza) |

Plaintiff John Doe ("Doe") by and through his attorneys, moves for leave to file under seal certain exhibits to the concurrently filed Plaintiff's Opposition to the Individual Defendants' Motion for Summary judgment and states the following:

1. Simultaneously with this Motion for Leave, Plaintiff has filed several exhibits in support of his opposition brief.

2. These documents contain either, (1) information produced by Defendants that Defendants designated "CONFIDENTIAL"; (2) the names and/or information protected under the Family Educational Records and Privacy Records Act of 1974; and (3) the full name of Plaintiff who is proceeding under pseudonym as permitted by this Court.

3. Pursuant to Local Rule 5, Plaintiff requests leave to file under seal unredacted copies of exhibits A, B, C, D, I, J, K,[1] M, N, O, and P to Plaintiff's Opposition.

4. Due to the sensitive nature of the allegations in this matter, the name of plaintiff and certain witnesses throughout the investigatory and hearing processes and their educational records and personally identifiable information should be kept private. [Dkt. 59.]

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, and allow Plaintiff file under seal exhibits A, B, C, D, I, J, K, M, N, O and P to Plaintiff's Opposition to the Individual Defendants' Motion for Summary Judgment. Plaintiff further requests that the Court grant all such further relief as this Court deems necessary and appropriate.

RESPECTFULLY SUBMITTED this 16th day of March, 2021.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Leonard W. Aragon
　　Robert B. Carey (011186)
　　Leonard W. Aragon (020977)
　　rob@hbsslaw.com
　　leonard@hbsslaw.com
　　Attorneys for Plaintiff John Doe

---

[1] Exhibit L was unavailable at the time of filing and was purposely omitted.

1