# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party, | No. CV-18-01623-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

The Individual Defendants' motion to strike (Doc. 127) is granted. The Clerk of the Court shall strike the exhibits to the Individual Defendants' motion for summary judgment, which were originally filed at Docs. 94-1 and 94-2 and file them under seal. The replacement exhibits appear at Docs. 126-1 and 126-2.

Dated this 23rd day of April, 2021.

Dominic W. Lanza
United States District Judge