COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email:  ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email:  blamm@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe,<br><br>  Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>  Defendants. | Case No.  2:18-cv-01623-DWL<br><br>**NOTICE OF FILING ACCEPTANCE OF SERVICE**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Defendant the Arizona Board of Regents gives notice of its filing of the attached Acceptance of Service of Subpoenas, signed by counsel for Plaintiff, Leonard Aragon.  Mr. Aragon accepted service of Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, directed to the following individuals Plaintiff John Doe has disclosed as expert witnesses in this action:    (1) Lance Kaufman, Ph.D., (2) Cindi Nannetti, (3) Curtis Owen, and (4) Karyn Rasile, ND BSN MAEd.

. . .



DATED: July 21, 2021

                **COHEN DOWD QUIGLEY**
                The Camelback Esplanade One
                2425 East Camelback Road, Suite 1100
                Phoenix, Arizona 85016
                  Attorneys for Defendants

By:    */s/Betsy J. Lamm*
       Daniel G. Dowd
       Betsy J. Lamm
       Rebecca van Doren

2