Robert B. Carey (011186)
Leonard W. Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| John Doe, a single man, | Case No.: 2:18-cv-01623-DWL |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF SERVICE** |
| The Arizona Board of Regents, et al., | |
| Defendants. | (Assigned to the Honorable Dominic W. Lanza) |

Plaintiff, through undersigned counsel, gives notice of his filing of the attached Acceptance of Service of Subpoenas, signed by counsel for Defendant, Rebecca van Doren. Ms. van Doren accepted service of Subpoenas to Produce Documents, Information, or Objects, directed to the following individuals Defendant has disclosed as expert witnesses in this action: Jason Borrelli, Dwight J. Duncan, and Peter F. Lake.

RESPECTFULLY SUBMITTED this 13th day of September, 2021.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Leonard W. Aragon
 Robert B. Carey (011186)
 Leonard W. Aragon (020977)
 11 West Jefferson Street, Suite 1000
 Phoenix, Arizona 85003
 Telephone: (602) 840-5900
 rob@hbsslaw.com
 leonard@hbsslaw.com

Attorneys for Plaintiff John Doe