COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>          Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>          Defendants. | Case No: 2:18-cv-01623-DWL<br><br>**MOTION TO SEAL CERTAIN EXHIBITS TO ARIZONA BOARD OF REGENTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

**1.** **<u>Stipulation to File Exhibits Under Seal</u>.**

Pursuant to Local Rule 5.6(d) and the Protective Order entered by this Court on September 16, 2019 [Doc. 59], Plaintiff John Doe and Defendant The Arizona Board of Regents ("ABOR") have conferred regarding the Exhibits to ABOR's Motion for Summary Judgment. Plaintiff and ABOR stipulate and agree that the following exhibits may be filed under seal:

- Exhibit 3 is the ASU Student Code of Conduct Investigative Report, which was previously marked as Deposition Exhibit 44;
- Exhibit 9 is an excerpt of the February 11, 2021 Deposition Transcript of John Doe;

- Exhibit 14 is a June 27, 2017 letter from James Rund to John Doe, which was previously marked as Deposition Exhibit 62;
- Exhibit 15 is an August 30, 2017 letter from James Rund to John Doe, which as previously marked as Deposition Exhibit 61;
- Exhibit 16-A is Plaintiff's First Supplemental MIDP Responses, dated May 12, 2020, which was previously marked as Deposition Exhibit 34;
- Exhibit 16-D is an excerpt of Plaintiff's Responses to ABOR's Non-Uniform Interrogatories, dated January 28, 2021[1];
- Exhibit 16-J is Plaintiff's Second Supplemental MIDP Responses, dated March 15, 2021;
- Exhibit 24 is an excerpt of the February 26, 2021 Deposition Transcript of Mrs. Doe;
- Exhibit 26 is an excerpt of the March 5, 2021 Deposition Transcript of Cameron Miller; and
- Exhibit 27 is an excerpt of the February 26, 2021 Deposition Transcript of Mr. Doe.

Plaintiff designated each of these documents as "Confidential" pursuant to the Protective Order because the documents use the true names of individuals designated in the Protective Order as "Protected Persons," describe events that may be sensitive in nature and protected under the Family Education Records and Privacy Act of 1974 ("FERPA"), and contain identifying information that would reveal Plaintiff's true identity if publicly filed without redaction.

**2.      Unopposed Motion to File Exhibits Under Seal.**

Plaintiff and ABOR have further conferred regarding the following additional Exhibits to ABOR's Motion for Summary Judgment, which contain information ABOR

---

[1] Exhibit 16-D is misdated January 28, 2020, but correctly dated January 28, 2021 in the Certificate of Service attached to the Exhibit.

2

designated as "Confidential" under the Protective Order. Plaintiff does not oppose ABOR's request to seal the following additional Exhibits to ABOR's Motion for Summary Judgment:

- Exhibit 1 is a September 16-18, 2016 email exchange between individuals at Arizona State University ("ASU"), which was previously marked as Deposition Exhibit 67;
- Exhibit 2 is an excerpt of the February 23, 2021 Deposition Transcript of Kendra Hunter;
- Exhibit 4 is an excerpt of the March 9, 2021 Deposition Transcript of Tara Davis;
- Exhibit 6 is a December 22, 2016 letter from the ASU Dean of Students to John Doe, which was previously marked as Deposition Exhibit 69;
- Exhibit 7 is an excerpt of the May 23, 2017 Transcript of the University Hearing Board ("UHB") Hearing, which was previously marked as Deposition Exhibit 9;
- Exhibit 11 is an excerpt of the February 19, 2021 Deposition Transcript of James Rund;
- Exhibit 12 is the May 30, 2017 UHB Findings and Recommendations, which was previously marked as Deposition Exhibit 8;
- Exhibit 13 is an excerpt of the February 10, 2021 Deposition Transcript of Craig Allen;
- Exhibit 19 is an excerpt of the January 22, 2021 Deposition Transcript of Andrew Waldron;
- Exhibit 20 is an excerpt of the February 4, 2021 Deposition Transcript of Kathleen Lamp;
- Exhibit 22 is an excerpt of the June 30, 2021 Deposition Transcript of ABOR's Rule 30(b)(6) designee (Kendra Hunter);
- Exhibit 23-A is a transcript of a September 19, 2016 meeting between Tara Davis and Jane Roe;
- Exhibit 23-C is a transcript of a September 26, 2016 meeting between Tara Davis and John Doe, which was previously marked as Deposition Exhibit 40;

Case 2:18-cv-01623-DWL   Document 156   Filed 10/12/21   Page 4 of 4



COHEN DOWD QUIGLEY

1  - Exhibit 23-E is a transcript of a December 21, 2016 meeting between Tara Davis
2  and John Doe, which was previously marked as Deposition Exhibit 46; and
3  - Exhibit 25 is a March 7, 2017 Email from Cameron Miller, which was previously
4  marked as Deposition Exhibit 91.

ABOR designated each of these documents as "Confidential" pursuant to the Protective Order because they use the true names of individuals designated in the Protective Order as "Protected Persons," describe events that are sensitive in nature and protected under FERPA, and/or contain identifying information that would reveal Plaintiff's true identity if publicly filed without redaction. Plaintiff does not stipulate, but does not oppose the filing of these additional Exhibits under seal.

Accordingly, ABOR respectfully requests that the Court enter the proposed Order submitted contemporaneously with this Motion. Pursuant to Paragraph 8 of the Protective Order [Doc. 59], ABOR is contemporaneously filing redacted, unsealed versions of these Exhibits with its Motion.

RESPECTFULLY SUBMITTED this 12th day of October, 2021.

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
   Attorneys for Defendants

By: */s/ Daniel G. Dowd*
   Daniel G. Dowd
   Betsy J. Lamm
   Rebecca van Doren

**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
   Attorneys for Plaintiff

By: */s/ Leonard W. Aragon  (with permission)*
   Robert B. Carey
   Leonard W. Aragon

4