COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe,<br><br>          Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>          Defendants. | Case No: 2:18-cv-01623-DWL<br><br>**STIPULATION TO SEAL CERTAIN EXHIBITS TO THE ARIZONA BOARD OF REGENTS' MOTIONS TO EXCLUDE TESTIMONY AND OPINIONS OF LANCE KAUFMAN AND CURTIS OWEN**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Pursuant to Local Rule 5.6(d) and the Protective Order entered by this Court on September 16, 2019 (Doc. 59), Plaintiff John Doe and Defendant The Arizona Board of Regents ("ABOR") have conferred regarding certain exhibits to the following concurrently filed motions: (1) ABOR's Motion to Exclude Testimony and Opinions of Lance Kaufman and (2) ABOR's Motion to Exclude Testimony and Opinions of Curtis Owen. Plaintiff and ABOR stipulate and agree that the following exhibits contain Confidential Information as that term is defined in the Protective Order (Doc. 59) and should be filed under seal:

    **A.    ABOR's Motion to Exclude Testimony and Opinions of Lance Kaufman.**

Plaintiff and ABOR stipulate and agree that the following exhibits to ABOR's

Motion to Exclude Testimony and Opinions of Lance Kaufman should be filed under seal:

- Exhibit 1 is the Expert Report of Dr. Lance Kaufman, dated June 23, 2021, including excerpts of attachments to the Expert Report;
- Exhibit 8 is an Email Exchange between Dr. Kendra Hunter, John Doe and Mr. Doe's counsel, Robert Carey, December 28, 2016; and
- Exhibit 9 is an excerpt of the February 11, 2021 Deposition Transcript of John Doe.

Plaintiff designated each of these documents as "Confidential" pursuant to the Protective Order because the documents use the true names of individuals designated under the Protective Order as "Protected Persons," and specifically because they contain information that would reveal Plaintiff's true identity if publicly filed without redaction.

**B.     ABOR's Motion to Exclude Testimony and Opinions of Curtis Owen.**

Plaintiff and ABOR stipulate and agree that the following exhibits to ABOR's Motion to Exclude Testimony and Opinions of Curtis Owen should be filed under seal:

- Exhibit 1 is the July 2, 2021 Expert Report of Curtis Owen;
- Exhibit 2 is the September 10, 2021 Expert Rebuttal Report of Curtis Owen;
- Exhibit 3 is a screenshot of Mr. Owen's bio from the Chandler High School Wrestling website; and
- Exhibit 5 is an excerpt of the February 11, 2021 Deposition Transcript of John Doe.

Each of these documents contains information designated as "Confidential" pursuant to the Protective Order because the documents use the true names of individuals designated under the Protective Order as "Protected Persons," and specifically because they contain information that would reveal Plaintiff's true identity if publicly filed without redaction.

Accordingly, the parties respectfully request that the Court enter the proposed Order submitted contemporaneously with this Stipulation. Pursuant to Paragraph 8 of the

1  Protective Order (Doc. 59), ABOR is contemporaneously filing redacted, unsealed versions
2  of the above-referenced Exhibits with its Motions.
3       RESPECTFULLY SUBMITTED this 22nd day of October, 2021.

<div style="margin-left:40%">

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
  Attorneys for Defendants

By:   */s/ Betsy J. Lamm*
       Daniel G. Dowd
       Betsy J. Lamm
       Rebecca van Doren

**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
  Attorneys for Plaintiff

By:   */s/ Leonard W. Aragon (with permission)*
       Robert B. Carey
       Leonard W. Aragon

</div>

3