1  Robert B. Carey (011186)
   Leonard W. Aragon (020977)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   11 West Jefferson Street, Suite 1000
3  Phoenix, Arizona 85003
4  Telephone: (602) 840-5900
   rob@hbsslaw.com
5  leonard@hbsslaw.com

6  Attorneys for Plaintiff

7

8             **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE DISTRICT OF ARIZONA**

10

| John Doe, a single man, | Case No.: 2:18-cv-01623-DWL |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED MOTION FOR AN ORDER TO SEAL CERTAIN EXHIBITS TO PLAINTIFF'S MOTIONS TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF BORRELLI, DUNCAN, AND LAKE** |
| The Arizona Board of Regents, et al., | |
| Defendants. | |
| | (Assigned to the Honorable Dominic W. Lanza) |

Pursuant to Local Rule 5.6(d) and the Protective Order entered by this Court on September 16, 2019 (Dkt. 59), Plaintiff John Doe and Defendant the Arizona Board of Regents ("ABOR") have conferred regarding certain exhibits to the following concurrently filed motions: (1) Plaintiff's Motion to Exclude Expert Testimony and Opinions of Jason Borrelli and Dwight Duncan, and (2) Plaintiff's Motion to Exclude Expert Testimony and Opinions of Peter F. Lake. Plaintiff and ABOR stipulate and agree that the following exhibits contain Confidential Information as that term is defined in the Protective Order and should be filed under seal.

Plaintiff and ABOR stipulate and agree that the following exhibits to Plaintiff's concurrently filed motions should be filed under seal:

1. Exhibit 2 to Plaintiff's Motion to Exclude Expert Testimony and Opinions of Peter F. Lake: Expert Response of Peter F. Lake;

2. Exhibit 1 to Plaintiff's Motion to Exclude Expert Testimony and Opinions of Borrelli and Duncan: Expert Report of Jason Borrelli; and

3. Exhibit 3 to Plaintiff's Motion to Exclude Expert Testimony and Opinions of Borrelli and Duncan: Expert Report of Dwight Duncan.

Each of these documents contains information designated as "Confidential" pursuant to the Protective Order because the documents use the true names of individuals designated under the Protective Order as "Protected Persons," and specifically because they contain information that would reveal Plaintiff's true identity if publicly filed without redaction.

Accordingly, the parties respectfully request that the Court enter the Proposed Order submitted contemporaneously with this Stipulation.

RESPECTFULLY SUBMITTED this 22nd day of October, 2021.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Leonard W. Aragon
　　Robert B. Carey (011186)
　　Leonard W. Aragon (020977)
　　rob@hbsslaw.com
　　leonard@hbsslaw.com
　　Attorneys for Plaintiff John Doe

1 | **COHEN DOWD QUIGLEY**

By s/ Betsy J. Lamm *with permission*
    Daniel G. Dowd
    Betsy J. Lamm
    Rebecca van Doren
    The Camelback Esplanade One
    2425 East Camelback Road, Suite 1100
    Phoenix, Arizona 85016
    ddowd@CDQLaw.com
    blamm@CDQLaw.com
    rvandoren@CDQLaw.com

Attorneys for Defendants