Robert B. Carey (011186)
Leonard W. Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe, a single man, | Case No.: 2:18-cv-01623-DWL |
| Plaintiff, | |
| v. | **RENEWED UNOPPOSED MOTION TO SEAL UNREDACTED VERSION OF EXHIBIT 1 TO PLAINTIFF'S SUPPLEMENT TO MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF PETER F. LAKE** |
| The Arizona Board of Regents, et al., | |
| Defendants. | |
| | (Assigned to the Honorable Dominic W. Lanza) |

Pursuant to the Court's October 27, 2021 Order (Dkt. 168), Local Rule 5.6(d) and the Protective Order entered by this Court on September 16, 2019 (Dkt. 59), Plaintiff John Doe and Defendant The Arizona Board of Regents ("ABOR") have conferred regarding sealing an unredacted version of the Expert Report of Peter F. Lake (the "Report"), Exhibit 1 to the concurrently filed Supplement to Plaintiff's Motion to Exclude Expert Testimony and Opinions of Peter F. Lake. The Report contains Confidential Information as that term is defined in the Protective Order and should be filed under seal.

Specifically, the Report contains information designated as "Confidential" pursuant to the Protective Order because it uses the true names of certain individuals designated under the Protective Order as "Protected Persons" and because it contains information that would reveal Plaintiff's true identity if publicly filed without redaction.

Accordingly, the parties respectfully request the Court enter the attached Proposed Order. Pursuant to the Court's October 27, 2021 Order (Dkt. 168) and Paragraph 8 of the Protective Order (Dkt. 59), Plaintiff is contemporaneously filing redacted, unsealed versions of the Report as Exhibit 1 to its concurrently filed Supplement.

RESPECTFULLY SUBMITTED this 5th day of November, 2021.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Leonard W. Aragon
  Robert B. Carey (011186)
  Leonard W. Aragon (020977)
  rob@hbsslaw.com
  leonard@hbsslaw.com
  Attorneys for Plaintiff John Doe

1