IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>　　　　Defendants. | No. CV-18-01623-PHX-DWL<br><br>**ORDER** |

　　　　In response to the Court's October 26, 2021 order (Doc. 174), Plaintiff filed a one-page unopposed motion to file under seal an unredacted version of the Lake report. (Doc. 176.) The motion states only that the redactions include "the true names of certain individuals designated under the Protective Order as 'Protected Persons' and . . . information that would reveal Plaintiff's true identity if publicly filed without redaction." (*Id.* at 2.)

　　　　Plaintiff has offered no justification for sealing a portion of footnote 272 on page 57 of the report or of footnote 345 on page 72 of the report. These passages do not contain "information that would reveal Plaintiff's true identity if publicly filed without redaction." (*Id.* at 2.) Thus, these passages may not be redacted. The remaining redactions are the names of Protected Persons and are permissible.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's unopposed motion to file under seal an unredacted version of the Lake report (Doc. 176) is **granted in part and denied in part**.

Plaintiff shall file in the public record a version of the Lake report that contains only those redactions that were highlighted in the sealed unredacted version submitted at Doc. 177-1, except the material in footnote 272 on page 57 and footnote 345 on page 72, which must be publicly viewable.

Dated this 8th day of November, 2021.

Dominic W. Lanza
United States District Judge