**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email:  blamm@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>  Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>  Defendants. | Case No:  2:18-cv-01623-DWL<br><br>**UNOPPOSED MOTION TO SEAL UNREDACTED VERSION OF EXHIBITS TO THE ARIZONA BOARD OF REGENTS' RESPONSE TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF PETER F. LAKE**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Pursuant to Local Rule 5.6(d), the Protective Order entered by this Court on September 16, 2019 (Doc. 59) and the Order regarding Motions to Seal entered by this Court on October 27, 2021 (Doc. 168), Defendant The Arizona Board of Regents ("ABOR") has conferred with Plaintiff John Doe regarding sealing unredacted versions of the Exhibits to ABOR's concurrently filed Response to Plaintiff's Motion to Exclude Testimony and Opinions of Peter F. Lake (the "Response").  ABOR and Plaintiff agree that the following Exhibits to the Response contain Confidential Information, as that term is defined in the Protective Order (Doc. 59), that must be redacted from the public record:



- Exhibit A is an excerpt of the February 11, 2021 Deposition Transcript of John Doe;
- Exhibit B are Tempe Police Department notes from an April 3, 2016 One-Party Consent Call;
- Exhibit C is an excerpt of the May 23, 2017 University Hearing Board Appeal Transcript; and
- Exhibit D is an excerpt of the March 9, 2021 Deposition Transcript of Tara Davis.

Each of these Exhibits has been designated as "Confidential" pursuant to the Protective Order because the Exhibits use the true names of individuals designated under the Protective Order as "Protected Persons" or contain information that would reveal Plaintiff's true identity if publicly filed without redaction. Accordingly, ABOR respectfully requests that the Court permit the filing of unredacted versions of these Exhibits under seal and enter the proposed Order submitted contemporaneously with this Motion. Pursuant to Paragraph 8 of the Protective Order (Doc. 59) and page 9 of the Order regarding Motions to Seal (Doc. 168), ABOR is contemporaneously filing redacted, unsealed versions of the above-referenced Exhibits with its Motion.

RESPECTFULLY SUBMITTED this 23rd day of November, 2021.

> COHEN DOWD QUIGLEY
> The Camelback Esplanade One
> 2425 East Camelback Road, Suite 1100
> Phoenix, Arizona 85016
>   Attorneys for Defendants
>
> By:   */s/ Betsy J. Lamm*
>       Daniel G. Dowd
>       Betsy J. Lamm
>       Rebecca van Doren