# EXHIBIT A

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

John Doe,         )
                  )
        Plaintiff, )
                  )
     vs           ) NO 2:18-cv-01623-DWL
                  )
The Arizona Board of Regents;)
James Rund; Craig Allen; Tara)
Davis; Kendra Hunter;        )
Kathleen Lamp; and Andrew    )
Waldron,          )
                  )
        Defendants )
_____)

DESIGNATED CONFIDENTIAL

VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Zoom Meeting ID: 884 7811 0274
February 11, 2021
9:49 a m

Prepared by:        JD REPORTING, INC
JANE M  DOYLE, RMR-CRR        Certified Reporters
Certified Reporter        1934 East Camelback Road
Arizona Certificate #50112    Suite 120 - No  428
CA CSR #8488                  Phoenix, Arizona 85016
Registered Reporting Firm R1012    jdri@jdreporting.co

## Page 2

```
                    INDEX
 1
 2   WITNESS                                    PAGE
 3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4       EXAMINATION
 5       By Mr  Dowd                         10, 296
 6       By Mr  Aragon                           292
 7                  EXHIBITS
 8   EXHIBIT:   DESCRIPTION                    PAGE
 9    18  Notice of Claim dated 2/23/2018
         Designated Confidential
10       (Bates Nos. ABOR002914-002919)         35
11    19  Correspondence to Mr. ▮▮▮▮ from
         Dr. Vogel dated 9/4/2020
12       Designated Confidential
         (Bates Nos. ABOR017230-017231)         41
13
      20  Plaintiff's Response to ABOR's
14       First Set of Requests for
         Production
15       Designated Confidential                44
16    21  Text messages
         Designated Confidential
17       (Bates Nos. TPD000470, TPD000579-
         000588)                                52
18
      22  Text messages
19       Designated Confidential
         (Bates Nos. TPD000632, TPD000664-
20       000668)                                55
21    23  Text messages
         Designated Confidential
22       (Bates Nos. TPD000164 and
         TPD000382)                             57
23
      24  Text messages
24       Designated Confidential
         (Bates Nos. TPD000859, TPD001008-
25       001013)                                60
```

## Page 3

```
 1              EXHIBITS CONTINUED
 2    25  Text messages
         Designated Confidential
 3       (Bates Nos. TPD000387, TPD000395-
         000396, TPD000415-000418)              85
 4
      26  Text messages
 5       Designated Confidential
         (Bates Nos. TPD001014-001039)          85
 6
      27  First Amended Complaint               87
 7
      28  Tempe Police Department General
 8       Offense Complaint
         Designated Confidential
 9       (Bates Nos. DOE000257-000355)          91
10    29  Text messages
         Designated Confidential
11       (Bates Nos. TPD000152-000163)         106
12    30  Cellebrite Extraction Report
         Designated Confidential
13       (Bates Nos. TPD001151-1156,
         TPD001258-001261, TPD001268-
14       001270)                               120
15    31  Memes
         Designated Confidential
16       (Bates Nos. TPD001147-00150)          123
17    32  Text messages
         Designated Confidential
18       (Bates Nos. TPD000722, TPD000854-
         000858)                               139
19
      33  Email chain
20       Designated Confidential
         (Bates Nos. DOE000430-000432)         150
21
      34  Plaintiff's First Supplemental
22       Responses to Mandatory Initial
         Discovery Requests
23       Designated Confidential               153
24    35  Video
         Designated Confidential
25       (Bates No. TPD000109)                 159
```

## Page 4

```
 1              EXHIBITS CONTINUED
 2    36  Text messages
         Designated Confidential
 3       (Bates No. TPD000112-000122)          162
 4    37  Correspondence to Mr. ▮▮▮▮ from
         Ms. Hunter dated 9/21/2016
 5       Designated Confidential
         (Bates Nos. ABOR015936-015937)        169
 6
      38  Appendix A - Policy Number 5-308,
 7       Student Code of Conduct
         Designated Confidential
 8       (Bates Nos. DOE002754-002770)         171
 9    39  Reporter's Transcript of Digital
         Recording - Interview of John Doe
10       dated 9/22/2016
         Designated Confidential
11       (Bates Nos. ABOR005184-005221)        178
12    40  Reporter's Transcript of Digital
         Recording - Interview of John Doe
13       dated 9/26/2016
         Designated Confidential
14       (Bates Nos. ABOR005222-005298)        188
15    41  Email chain
         Designated Confidential
16       (Bates Nos. ABOR003099-003100)        198
17    42  Email chain
         Designated Confidential
18       (Bates Nos. DOE002615-2617)           203
19    43  Reporter's Transcript of Digital
         Recording - Interview of John Doe
20       dated 11/18/2016
         Designated Confidential
21       (Bates Nos. ABOR005400-005439)        205
22    44  ASU Student Code of Conduct
         Investigative Report Overview
23       Designated Confidential
         (Bates Nos. DOE001343-001404)         214
24
25
```

Page 73

1   talking again.
2       Q.  So using April 2, 2016 as kind of a baseline,
3   how far before that had you and Mr. Cordova started
4   talking again?
5       A.  Oh, I can't -- I honestly can't say.
6       Q.  Do you think it was like a year before or
7   sometime in the month leading up to April?
8       A.  I'm -- I'm not -- dang, I don't know.
9       Q.  If you know.  Okay.
10      A.  I don't know.  Sorry.  Yeah.
11      Q.  Was he living in Arizona as of April 2, 2016?
12      A.  Yes.  Yeah.
13      Q.  And if -- if you know, what was he doing?
14      A.  I don't know.
15      Q.  Okay.  Was he in school?
16      A.  I don't -- I don't know.  I don't know.
17      Q.  And was he living with family?
18      A.  I believe so.
19      Q.  Had you ever been to where he lived?
20      A.  No.
21      Q.  Was he a wrestler at that time?
22      A.  I don't think so.
23      Q.  Had he ever been a competitive wrestler?
24      A.  Yes, he was.
25      Q.  He wrestled in high school?

Page 74

1       A.  Yeah.  He also made the world team for FILA
2   Juniors.
3       Q.  And what weight did he wrestle?
4       A.  Probably -- he's small.  The weight -- the
5   world weights are like 101.  I think he was about
6   101.
7       Q.  And as of April 2, 2016, if you know, was
8   he -- was he wrestling for any team?
9       A.  I don't think so.
10      Q.  Was he an elite athlete as of April 2, 2016,
11  in your estimation?
12          MR. ARAGON:  Objection, form.
13          THE WITNESS:  I don't -- I don't know.  I
14  don't -- he always has different things going on.  I'm
15  not sure.  He's always like training for something or
16  doing something.  But wrestling, I don't think he was
17  competing.
18  BY MR. DOWD:
19      Q.  Now, two days prior to April 2 was the -- the
20  first time you met          in person?
21      A.  Sorry, what was the question?
22      Q.  It was two days before April 2 that you first
23  met          in person?
24      A.  Yes.
25      Q.  And on that occasion she engaged in oral sex

Page 75

1   with you?
2       A.  Yes.
3       Q.  But she told you that she didn't want to have
4   intercourse with you --
5       A.  Yes.
6       Q.  -- right?
7       A.  Yes.
8       Q.  And on the night of April 2 -- let me -- let
9   me ask that in a better way.
10          Sir, do you understand that          has
11  testified that earlier on the night of April 2 she
12  told you again that she did not want to have sex with
13  you?
14          Do you understand that she'd taken that
15  position?
16      A.  Yes, I understand.
17      Q.  And at the UHB hearing you testified that you
18  did not remember her telling you that night; correct?
19      A.  Yes.  Yeah.
20      Q.  I believe you, in your interviews and in your
21  prior testimony, have said that              , who was
22  there for part of the evening, was sober that night;
23  correct?
24      A.  Oh, yes, he was.
25      Q.  He was training for a big competition, so he

Page 76

1   was sober?
2       A.  Yes.
3       Q.  And, sir, throughout these proceedings you and
4   your parents and your lawyers have said that
5   has the best memory of what happened that night;
6   correct?
7       A.  Correct.
8       Q.  And you believe that to be true?
9       A.  Yes.
10      Q.  You were present when he testified at the UHB
11  hearing; correct?
12      A.  Yes.
13      Q.  If you'd go back, please, to Tab 4 of your
14  notebook.  And Tab 4 is that hearing transcript which
15  is marked as Exhibit 9.
16          Do you have that?
17      A.  What am I looking at?  Sorry.
18      Q.  Tab 4.
19      A.  Okay.
20      Q.  Now, within Tab 4, go to the page in the lower
21  right that ends in 4289.
22      A.  Okay.
23      Q.  All right.  I'm just showing you this because
24  this is the beginning of Mr.              testimony at
25  the hearing that you were present at, so this is to

**Page 101**

1 leave?
2    A. Probably a couple minutes, two.
3    Q. And how long after ▓▓▓ left did you leave
4 the room?
5    A. Immediately.
6    Q. Right after she left?
7    A. Yes.
8    Q. And, sir, is it your position that ▓▓▓
9 willingly consented to the three-party sexual
10 activity?
11    A. Yes.
12    Q. With you whom she had met two days before, and
13 with Mr. Cordova whom she had met an hour before?
14    A. Yes.
15    Q. And that she had capacity to make the decision
16 to do so. That's your position?
17    A. Yes.
18    Q. And there's not a doubt in your mind?
19    A. There's not a doubt.
20    Q. Explain the basis for your assertion that she
21 willingly participated.
22    A. She was making out with me and Adrian earlier
23 in the night. Then had Adrian and I by the hand, led
24 us into the room. And in the room me and Adrian -- we
25 didn't know exactly what was happening. I know I

**Page 102**

1 didn't exactly because she started -- she would like
2 go back and forth kissing us and so I didn't know
3 exactly like what was happening. We all made sure we
4 were okay with this and so then that's when the
5 clothes started coming off.
6    Q. How did you all make sure you were okay with
7 it?
8    A. ▓▓▓ told us each that it was okay for us to
9 stay.
10    Q. All right. Is there anything else that you
11 believe supports your assertion that she willingly
12 consented to participate in the sexual activity?
13      MR. ARAGON: Objection, form.
14      THE WITNESS: Not that I can think of right
15 now.
16 BY MR. DOWD:
17    Q. So in some of your answers where you say "not
18 that I can think of right now," is there anything that
19 would refresh your recollection?
20    A. I -- I'm not sure. Maybe going more over the
21 whole incident like from what everyone saw from their
22 point of view. Like that maybe could help, but I -- I
23 don't know.
24    Q. Now, did you see her again that night after
25 she left the room.

**Page 103**

1    A. No.
2    Q. Did you take her car keys to her outside?
3    A. No.
4    Q. Do you have any recollection of walking
5 outside with the car keys and dropping them on the
6 ground?
7    A. No.
8    Q. From the point the sexual activity stopped,
9 did you see Ms. -- see ▓▓▓ crying and upset?
10    A. From -- sorry. What was the question?
11    Q. After the -- after the bedroom encounter
12 ended, did you see her crying or upset outside of the
13 bedroom?
14    A. Yes, I did.
15    Q. Okay. And after it ended, you and your
16 friends went on to your next party; correct?
17    A. Yeah. Correct.
18    Q. Mr. ▓▓▓, that evening unfolded just as you
19 predicted it would earlier in the day to ▓▓▓;
20 correct?
21      MR. ARAGON: Objection, form; foundation.
22      THE WITNESS: I don't -- I -- I don't know.
23 How -- what do you mean? Just --
24 BY MR. DOWD:
25    Q. Well, you -- you were eager going into that

**Page 104**

1 evening --
2    A. Yes.
3    Q. -- to -- go ahead.
4    A. Oh, sorry. I was agreeing with you. I was
5 eager.
6    Q. Well, I'll -- we'll look at your words
7 instead. Let's go back to Tab 8, which is Exhibit 24.
8      Do you have Tab 8?
9    A. Yes.
10    Q. And that's the excerpts of the text stream
11 between you and ▓▓▓; correct?
12    A. Yes, that's true.
13    Q. Okay. Go to the page that in the bottom is
14 1008. I think it's the second page in.
15    A. Yes. Okay.
16    Q. And at the top of that page, do you see
17 there's a text from you on April 2nd, 2016 at 10:56 in
18 the morning?
19    A. Yes.
20    Q. Okay. And that's a text from you to ▓▓▓
21 where you say, "When you all finished with your gay
22 boy shiz?"
23      Do you see that?
24    A. Yes.
25    Q. And then if we drop down to the bottom,

**Page 105**

1   there's a text from you to ▮▮▮ at 11:00 in the
2   morning that says, "Oh, I gotchu!  Well, lemme know
3   what's up later.  Lol."
4        Do you see that?
5     A.  Yes.
6     Q.  And he responds to you -- and it carries over
7   to the next page -- "Alright.  I will see what those
8   other guys are doing tonight."
9        Do you see that?
10    A.  Yeah.
11    Q.  And then you responded to him at 11:22 in the
12  morning, "Okay!  I want to get buck naked nasty."
13       Do you see that?
14    A.  Yeah.
15    Q.  Those were your words to ▮▮▮ on the
16  morning of April 2?
17    A.  Yes.
18    Q.  What did you mean?
19    A.  I want to have fun and -- just have fun.  I
20  don't know.  That's all it really means.
21    Q.  Well, what's the "buck naked" part mean?
22    A.  Oh.  Just -- I was just saying something
23  silly.
24    Q.  Didn't mean it?
25    A.  No, I did not --

**Page 106**

1         MR. ARAGON:  Objection, form.
2         THE WITNESS:  -- mean it.
3   BY MR. DOWD:
4     Q.  So if you look at a calendar, April 2, 2016
5   was a Saturday.  Is that consistent with your
6   memory?
7     A.  Yeah.
8     Q.  So the next day, April 3, obviously, would be
9   a Sunday?
10    A.  Yes.
11    Q.  During that day you communicated with some of
12  your friends about what happened the night before;
13  correct?
14    A.  Correct.
15    Q.  Let's take a look at your exchange with
16  Mr. Cordova.  Turn to Tab 13 of your notebook.
17        MR. DOWD:  Are we are 28?
18        FEMALE SPEAKER:  29.
19        MR. DOWD:  It's going to be Exhibit 29.
20        (Exhibit No. 29 was marked for
21  identification.)
22  BY MR. DOWD:
23    Q.  Are you -- are you at Tab 13, sir?
24    A.  Yes, I am.  Yes, I am.
25    Q.  Okay.  And this is the same drill as the other

**Page 107**

1   one.  This is your entire text stream with
2   Mr. Cordova.
3     A.  Yeah.
4     Q.  And we looked at it, I think, earlier.
5         Okay.  And if we look on April 1, three texts
6   down the first page, do you see there's a text from
7   Cordova you to on April 1 at 10:18?
8     A.  10:18 -- oh, yes.
9     Q.  And he says, "Let's get weird tonight" --
10  which would be April 1 -- "and tomorrow" -- which
11  would be April 2; correct?
12    A.  Correct.  Yes.
13    Q.  Okay.  Now, let's fast-forward to the page
14  that ends 161.
15    A.  I'm sorry, what was that?
16    Q.  161.
17    A.  161.  Okay.
18    Q.  Okay.  I want to start in the middle.  You'll
19  see that there's a text -- excuse me, towards the
20  bottom.  There's a text on April 3 at 11:17 in the
21  morning.
22        Do you see that?
23    A.  Yes.
24    Q.  Okay.  And that's -- it's roughly 11 hours, or
25  12 hours after the encounter in the bedroom, and he

**Page 108**

1   writes to you and says, "Crazy night huh lol."  And
2   then he follows that up three hours later at 2:39 in
3   the afternoon by saying, "Sunday fun day?"
4         Do you see that?
5     A.  Yes.
6     Q.  Then he texts you again right below that at
7   2:52 and says, "So are you going to call?"
8         And you respond within a minute saying, "No
9   they are saying its a bad idea.  I think we are
10  alright."
11        Do you see that?
12    A.  Yes.
13    Q.  Who is "they" in your text?
14    A.  I'm talking about ▮▮▮ and ▮▮▮.
15    Q.  And just explain what this text means.  What
16  are they saying is a bad idea?
17    A.  Oh, so that morning ▮▮▮ friends came over
18  when I wasn't there and kind of bombarded -- or I
19  don't know how to say it -- but were -- were -- were
20  saying to ▮▮▮ and ▮▮▮ that I almost raped her
21  and things like that.  They seemed really upset and
22  wanted to try to take my phone and stuff like that.
23  So they were kind of freaked out from the situation,
24  and so when I came -- went there to go pick up my
25  phone they told me all about it, all the craziness

Page 133

1  THE WITNESS: Yes.
2  BY MR. DOWD:
3  Q. Okay. That's number six.
4  Keep going on that page. She says, "Then that
5  means there was someone else in the room with us while
6  we were fucking."
7  You answer, "No. There wasn't -- no. So what
8  do you want? Like, what -- I don't know what else to
9  say."
10  That was a lie; correct?
11  MR. ARAGON: Objection, form.
12  THE WITNESS: Yes.
13  BY MR. DOWD:
14  Q. Continue down that same column on Page 74 at
15  Line 16, ____ says, "-- but did he come in the room
16  with us? Was he --"
17  You answered, "No --"
18  That's a lie; correct?
19  MR. ARAGON: Objection, form.
20  THE WITNESS: Yes.
21  BY MR. DOWD:
22  Q. Then continue on, -- "he didn't. Adrian
23  didn't do anything. I remember that."
24  That's a lie; correct?
25  MR. ARAGON: Object to form.

Page 134

1  THE WITNESS: Yes.
2  BY MR. DOWD:
3  Q. That's number nine.
4  Go to the top of the next column. You say,
5  "-- maybe Adrian was in there, then he left, and
6  nothing else was happening -- nothing else happened
7  with him."
8  That's a lie; correct?
9  MR. ARAGON: Objection, form.
10  THE WITNESS: Yes.
11  BY MR. DOWD:
12  Q. Number 10.
13  Keep going down that same page at Line 18.
14  ____ says, "Did you take him -- did he come into the
15  room with us?"
16  You answered, "No. I don't remember that. I
17  can't -- I don't think he did. He didn't. If you --
18  nothing -- nothing with Adrian happened with us."
19  That's a lie; correct?
20  MR. ARAGON: Objection, form.
21  THE WITNESS: Correct.
22  BY MR. DOWD:
23  Q. That's number 11.
24  Then she asked you, "Are you, like, positive
25  about that?"

Page 135

1  You answer, "I'm positive."
2  She responds, "Because I'm -- something did
3  happen."
4  You say, "I know nothing happened with him."
5  That's a lie; correct?
6  MR. ARAGON: Objection, form.
7  THE WITNESS: Yes. Yes.
8  BY MR. DOWD:
9  Q. That's number 12.
10  And if we go down to Line 13 on Page 76, down
11  towards the bottom ____ says, "I'm just scared and,
12  like, really upset about what happened."
13  You responded, "I know. I'm sorry. I wish it
14  never happened. I'm so sorry."
15  Mr. ____, is that true or is that a lie?
16  MR. ARAGON: Objection, form.
17  THE WITNESS: Partially.
18  BY MR. DOWD:
19  Q. Partially what?
20  A. Well, I was just trying to make her feel
21  better.
22  Q. Were you sorry?
23  MR. ARAGON: Objection, form.
24  THE WITNESS: I was sorry to the extent that
25  she maybe felt bad or things like that, but I knew

Page 136

1  that she knew and so I was just trying to smooth it
2  over.
3  BY MR. DOWD:
4  Q. You knew that she knew what?
5  A. That it was all consensual.
6  Q. You say, "I wish it never happened." Did you
7  mean that?
8  A. Partially.
9  Q. I want to go back and ask you about two
10  comments you make in your call with her.
11  A. Okay.
12  Q. So go back to Page 4223.
13  A. Okay.
14  Q. Okay. And I'm on the -- the small Page 62 on
15  the left.
16  A. Okay.
17  Q. Line 14.
18  A. Okay.
19  Q. We've done part of this, but she says, "Was
20  there another guy in the room or am I crazy?"
21  You say, "No. Not at all."
22  She says, "Are you sure?"
23  You answer, "Like, another guy in the room
24  while we were having sex?"
25  She says, "Yeah. Like another --"

Page 137

1  And you say, "No. That never happens."
2  Do you see that?
3  A. Yes.
4  Q. What does that "never happens" mean?
5  A. That it didn't happen. I just -- I don't
6  know. I think it just meant it didn't happen.
7  Q. Are you saying there that -- that -- that a
8  threesome never happens?
9  A. On -- right here, yes.
10 Q. Okay. But it does happen for you; right?
11 We've talked about that.
12 A. What happened? What happened? What do you
13 mean?
14 Q. That you participate in threesomes.
15 A. Yes.
16 Q. And you had prior to April 2?
17 A. Yes.
18 Q. So when you say, "That never happens," that --
19 that doesn't apply to you; right?
20 A. What do you -- that never happens? I don't
21 know if I meant that never happens in general. Maybe
22 just that never happened.
23 Q. All right. Well, let's go on.
24 A. Okay.
25 Q. If we go to Page 63 --

Page 138

1  A. 63.
2  Q. It's on the same -- it's just the top right.
3  A. Oh, all right. All right.
4  Q. And if you start at Line 13, ▓ says,
5  "I'm, like, really upset that this happened."
6  You say, "Yeah," and there's a little bit of
7  incomplete sentences. And then you say on Line 18,
8  "Yeah. I felt really bad too. I thought, I really
9  like you. All right. Like -- with everything."
10 That's what you said; right?
11 A. Yes.
12 Q. And when you say that you really liked her,
13 what did you mean?
14 A. I -- well, before all this, the reason I was
15 even talking to ▓ is I was interested.
16 Q. Interested in maybe dating her or having a
17 relationship with her?
18 A. Numerous things. It -- things progress over
19 time, so I don't know how -- if I will see myself with
20 them or not.
21 Q. But at least at that point you had some
22 interest in seeing where it would go?
23 A. Yes.
24 Q. True?
25 A. True.

Page 139

1  Q. Well, I'm curious, then, Mr. ▓, why then
2  earlier in the day were you trying to arrange a
3  foursome with ▓?
4  A. With who?
5  Q. ▓. Do you know who that is?
6  A. Yes. ▓?
7  Q. ▓, I apologize.
8  A. Oh, ▓.
9  Q. And my que- -- my question is: If you're
10 telling ▓ that you're interested in seeing maybe
11 where this thing can go, why on that same day are you
12 trying to arrange a foursome with ▓?
13 A. Well, I'm not dating ▓. I'm 21 years old
14 at ASU. I'm just having fun.
15 Q. Let's take a look at Tab 16, which will be
16 Exhibit 32.
17     (Exhibit No. 32 was marked for
18 identification.)
19     MR. ARAGON: Hey, can we take a lunch break
20 soon? I just -- I have a salad here I just want to
21 eat real quick before I pass out.
22     MR. DOWD: Leonard, I probably have three
23 minutes and we'll be at a great breaking point.
24     MR. ARAGON: Perfect. Perfect. Okay.
25 BY MR. DOWD:

Page 140

1  Q. Okay. Mr. ▓, Tab 16.
2  A. Okay.
3  Q. Are you there?
4  A. Yes, I am.
5  Q. And this is the same as the other text
6  excerpts. This is an excerpt from the report of all
7  text messages on your phone with ▓. Okay?
8  A. Okay.
9  Q. The full report is 146 pages. This is just an
10 excerpt. And if you look at the top of the first
11 page, you'll see that your first text with her was on
12 November 1, 2015. Okay?
13 A. Okay. Yes.
14 Q. Who is ▓?
15 A. She was a girl who I was seeing. Yeah. She
16 was a girl I was seeing. I don't know how else to --
17 Q. Well, let's go to the next page, which has
18 Bates No. 854 in the lower corner.
19     Are you there?
20 A. Yes, I am.
21 Q. Okay. And I want to go about two-thirds of
22 the way down. There's a text from you that says, "Ya
23 makes sense."
24     Do you see that?
25 A. "Ya makes sense." Okay. Yes.

**Page 141**

1  Q. All right. I'm going to start -- I'm going to
2  start with that text, so let's identify it. That's a
3  text from you to ███████ on April 2 at 6:54 in
4  the morning; correct?
5  A. Yes.
6  Q. Okay. That's the same day as your
7  get-together later with ███; right?
8  A. Yes.
9  Q. And you write to Ms. ███ in the morning, "Ya
10 makes sense. Oh and I got something to talk to you
11 about later! You might like it or hate it!! But I'll
12 tell you later."
13     She then responds and says, "Tell me rn" --
14 which I think is right now -- "you're going to have me
15 wondering all day."
16     You then respond at 6:57 in the morning, "No I
17 gotta go to sleep."
18     And she gets back to you, "███!"
19     And you say, "Sorry! Night!"
20     Are you with me so far?
21 A. Yes.
22 Q. And then about three hours later -- excuse
23 me -- four hours later at 11:07 in the morning you get
24 back to her and you say, "Okay so foursome?"; right?
25 A. Yes.

**Page 142**

1  Q. And that's you inquiring of Ms. ███ as to
2  whether she's interested in a foursome; right?
3  A. Yes.
4  Q. She gets back to you right away and says,
5  "Lmao with who?"
6     You respond, "You and 3 guys."
7     Then you say: Haha, I'm kidding.
8     If we go to the next page, she makes a comment
9  that says, "Lmao yeah you better be way too much dick
10 for one vagina."
11     You respond, "Ya you can barely handle this
12 one!"?
13     She responds with some sort of an emoji or
14 something.
15     And then if we scroll down, at 11:14 in the
16 morning she says, "Is that really what you wanted to
17 talk to me about? Lol."
18     And you respond at 11:21, and what do you
19 say?
20 A. "Yes!"
21 Q. With an exclamation point. Roughly 12 hours
22 before you enter the bedroom with Mr. Cordova and
23 ███; correct?
24 A. Correct.
25 Q. She then responds to you and says, "Lol goofy,

**Page 143**

1  I thought forsure it was guna be something that would
2  make me mad."
3     And you respond and say, "Haha nah;) but
4  honestly I'd prefer 3 girls and me... But we can meet
5  in the middle with 2 and 2."
6     That's what you say to her; correct?
7  A. Correct.
8  Q. She responds, "Haha yeah I bet! And you
9  really do wanna have one."
10    And you respond and say, "Only if it's okay
11 with you. Lol"; right?
12 A. Yes.
13 Q. And you meant that; right?
14 A. Yes.
15 Q. You told her, "-- you pick out my friends who
16 you want!!"?
17    She responds, "Lol who's the other girl guna
18 be?"
19    You say, "Not sure... Either one of your
20 friends."
21    And then on the next page you text her again
22 at 11:43 p.m. -- excuse me -- a.m. on the morning of
23 April 2, and you say, "It's a work in progress";
24 right?
25 A. Yes.

**Page 144**

1  Q. And this, again, is all just hours before you,
2  ███, and Mr. Cordova retired to the bedroom; right?
3  A. Yes.
4     MR. DOWD: Why don't we break there. I don't
5  know what kind of a lunch break you guys want. It
6  doesn't matter to me.
7     THE VIDEOGRAPHER: We're going off -- I'm
8  sorry.
9     MR. ARAGON: Are we off the record?
10    THE VIDEOGRAPHER: No. We're going off --
11    MR. DOWD: Yeah, let's go off.
12    THE VIDEOGREAPHER: -- the record.
13    The time is 1:36 p m.
14    (Lunch recess taken from 1:36 to 2:08 p m.)
15    THE VIDEOGRAPHER: We're back on the record.
16 The time is 2:08 p m. Thank you.
17 BY MR. DOWD:
18 Q. Thank you.
19    Mr. ███, you understand that you remain
20 under oath?
21 A. Yes, I do.
22 Q. The same kind of ground rules that we talked
23 about at the beginning: You agree not to use any
24 electronic devices or other modes of communication
25 with anyone during the deposition?

Page 157

1  correct?
2       MR. ARAGON: Objection, form.
3       THE WITNESS: Correct.
4  BY MR. DOWD:
5     Q. What is your basis for asserting that the
6  video is no longer available due to the defendants'
7  actions?
8       MR. ARAGON: Objection, form and foundation.
9       THE WITNESS: I'm sorry, what was the
10 question?
11 BY MR. DOWD:
12    Q. Sure.
13       On what basis do you assert that the video is
14 no longer available due to the defendants' actions?
15      MR. ARAGON: Objection, form and foundation.
16      THE WITNESS: I'm not sure -- I'm not too
17 sure. Like --
18 BY MR. DOWD:
19    Q. Are you aware, Mr.        , of any facts
20 supporting the allegation that the video is not
21 available because of the actions of ASU or the
22 individuals that you've sued?
23    A. Yes.
24      MR. ARAGON: Objection, form and foundation.
25 BY MR. DOWD:

Page 158

1     Q. You are? What facts support that?
2     A. Well, they didn't get the video; right? So
3         never got it. Tara Davis never made her go get
4  it. Rund never made her go get it. No one got it, so
5  ASU didn't get the video.
6     Q. Describe your efforts to get the video.
7     A. It wasn't my --
8       MR. ARAGON: Objection, form and foundation.
9       THE WITNESS: It wasn't my responsibility to
10 get the video.
11 BY MR. DOWD:
12    Q. Wasn't my question.
13      Tell me what efforts you took to get that
14 video.
15      MR. ARAGON: Objection, form and foundation.
16      THE WITNESS: I didn't have any.
17 BY MR. DOWD:
18    Q. Have you seen the video?
19    A. No.
20    Q. Do you know that -- that both we and your
21 counsel have obtained it from the Tempe Police
22 Department?
23      MR. ARAGON: Objection, form and foundation.
24      THE WITNESS: I didn't know.
25 BY MR. DOWD:

Page 159

1     Q. Okay. I'm going to show it to you right now.
2     A. Okay.
3     Q. It's a five-second video, and once I show it,
4  we'll take it off the screen. If you need to see it
5  again, we'll play it again. If you need to see it in
6  slow motion, we'll play it in slow motion.
7     A. Okay.
8     Q. And is it your testimony that as of this
9  moment, you've never seen this video?
10    A. Correct.
11    Q. Okay.
12      MR. DOWD: Erik, do you want to just run the
13 video?
14      (Video played.)
15 BY MR. DOWD:
16    Q. Do you need to see it again?
17    A. No.
18      MR. DOWD: And I'll note for the record that
19 we put a placeholder behind Tab 19, and we'll mark the
20 video as Exhibit 35.
21      (Exhibit No. 35 was marked for
22 identification.)
23 BY MR. DOWD:
24    Q. Sir, do you believe that five-second video is
25 the best evidence that        was coherent, alert, and

Page 160

1  capable of communicating?
2     A. Yes.
3       MR. ARAGON: Objection, form; foundation.
4  BY MR. DOWD:
5     Q. And that she was voluntarily engaging in a sex
6  act?
7       MR. ARAGON: Objection, form and foundation.
8       THE WITNESS: Yes.
9  BY MR. DOWD:
10    Q. And communicating coherently?
11      MR. ARAGON: Objection, form and foundation.
12      THE WITNESS: Yes.
13 BY MR. DOWD:
14    Q. What did she say?
15    A. What do you mean?
16    Q. If she's communicating coherently, what was
17 she saying?
18    A. I can't -- I don't know. I can't --
19    Q. Do you want to see it again?
20    A. She said words -- she's saying words.
21      No, I don't need to see it again. I just know
22 she was talking.
23    Q. Then, from your view, that's the most
24 important evidence of her capacity and ability to
25 consent?

# EXHIBIT B

COPY
Property Tag/Report: TE262727-4
Consent Call Notes from 04032016

SCARED – UPSET

Neutral Close.

Specific

Did we have sex yesterday
Who else was there
Condoms, Pregnant

WHY?

Confront w/ Details

I thought another guy or Adrian was there

You left
Lipses.

Then why did we have sex
I told you to stop. Crying   Fight

KISSING

What made him stop having sex w/ you
When kissing Adrian?   Before sex w/ ▓▓▓

CONFIDENTIAL    TPD000077

STUFF?
WHATS GAY

WHAT DID YOU AND ▮▮▮▮ TALK ABOUT AFTER I LFT

DID YOU USE A CONDOM?

(GO BACK TO HIM BANG THERE) - 3 SOME

YOU KNOW IT    NOT GUESSING
I NEED TO KNOW WHO I NEED TO TALK TO IF PREGNANT OR STD

ITS ADRIAN.  HE IS CLOSE TO ADMITTING IT

WHOS IDEA WAS IT FOR 3 SOME?

YOU REMEMBER BLOW JOB

WHY WOULD YOU BE IN TROUBLE

SAY THANK YOU FOR BEING HONEST

CONFIDENTIAL    TPD000078

# EXHIBIT C

EXHIBIT C

## PDF TRANSCRIPT COVER PAGE

**Exhibit 9**

**Recorded Appeal Hearing,** ▮

**University Hearing Board Appeal**

**Date:** 05/23/2017



Ottmar & Associates, Inc.
3770 N. 7th Street, Suite 150
Phoenix, AZ 85014
T 602.485.1488
scheduling@ottmarassoc.com

**Court Reporters**     **Videoconference**     **Transcription**

CONFIDENTIAL
ABOR004204

BEFORE THE UNIVERSITY HEARING BOARD

ARIZONA STATE UNIVERSITY

In the Matter of:                        )
                                         )
          ▓▓▓▓▓▓▓▓▓▓▓▓▓,                 )
                                         )
Respondent.                              )
                                         )
_____  )

TRANSCRIPT OF RECORDED PROCEEDINGS

UNIVERSITY HEARING BOARD APPEAL HEARING
RE: ▓▓▓▓▓▓▓▓▓▓▓

Tempe, Arizona
May 23, 2017
9:00 a.m.

PREPARED FOR:

ASU GENERAL COUNSEL

(ORIGINAL)

Transcribed by:
Debra C. Giuffre
Certified Transcriber
No. CET**D-454
AZ Registered Reporting Firm No. R1008

CONFIDENTIAL                                                    ABOR004205

1
2                     EXAMINATION INDEX
3   WITNESS                                         PAGE
4   OPENING STATEMENTS
        BY MR. TAFARI OSAYANDE . . . . . . . . . .  16
5       BY MR. ROBERT B. CAREY . . . . . . . . . .  22
6   ███████████████████
        DIRECT BY MR. OSAYANDE . . . . . . . . . .  28
7       CROSS BY THE CHAIR . . . . . . . . . . . .  95
        CROSS BY MR. OSAYANDE  . . . . . . . . . . 171
8
    KENDRA HUNTER
9       DIRECT BY MR. OSAYANDE . . . . . . . . . . 177
        CROSS BY MR. CAREY . . . . . . . . . . . . 198
10      RECROSS BY MR. CAREY . . . . . . . . . . . 244
        REDIRECT BY MR. OSAYANDE . . . . . . . . . 248
11  ███████████████████
12      DIRECT BY MR. CAREY  . . . . . . . . . . . 250
        CROSS BY MR. OSAYANDE  . . . . . . . . . . 276
13      REDIRECT BY MR. CAREY  . . . . . . . . . . 316
        RECROSS BY MR. OSAYANDE  . . . . . . . . . 319
14  ███████████████████
15      DIRECT BY MR. MILLER . . . . . . . . . . . 326
        CROSS BY MR. OSAYANDE  . . . . . . . . . . 338
16      RECROSS BY MR. OSAYANDE  . . . . . . . . . 361
17  CINDY NANNETTI
        DIRECT BY MR. CAREY  . . . . . . . . . . . 367
18      CROSS BY MR. OSAYANDE  . . . . . . . . . . 386
19  CLOSING STATEMENTS
        BY MR. TAFARI OSAYANDE . . . . . . . . . . 392
20      BY MR. ROBERT B. CAREY . . . . . . . . . . 395
21
                        * * * * *
22
23                       E X H I B I T S
24  EXHIBIT DESCRIPTION                             PAGE
25      (No Exhibits Marked.)

Page 377

1  work on how there was unknown male DNA found or how
2  there was a boy between the two girls that they got
3  into a fight about that fractured their friendship?
4  Did you ever see anyone in the University community
5  follow up on those two issues and would those also be
6  something that would be relevant to an investigation?
7      A.  Well, certainly, the other male DNA, I
8  think, it is -- would have been something that at
9  least had this criminally been looked at, that's
10 something that you would absolutely have to follow up
11 on.
12     And then, obviously, any type of motive
13 that might have occurred after would certainly have to
14 be at least explored.
15     Q.  And romantic interest though, is a very
16 common reason why people might have a false report,
17 right?
18     A.  Oh, yes.  I mean, there are -- there are
19 women that feel that if -- if their interest hasn't
20 been reciprocated, than that is one -- one area that
21 we have seen false reports made.
22     Q.  Can you give us your take on what happened?
23 There's been a lot of back and forth on the one-party
24 consent call where ▇▇▇ said, look, no, I was the
25 only guy in the room.  But ▇▇▇ said, oh, I didn't

Page 378

1  know anybody was in there, was somebody else there
2  with us?  And they're both sort of doing this dance.
3      Can you tell us what your take is on
4  that and the impact of your conclusion on this case?
5      A.  Well, certainly, ▇▇▇ knew that there was
6  another party in the room.  I -- you know, I think
7  that certainly that could be a motive to lie.  It also
8  could be something that he was concerned about
9  bringing that up since he already knew that there was
10 going to be some allegations because the friends of
11 the complainant had gone over earlier that morning, so
12 prior to the one-party consent call.
13     Q.  Ms. ▇▇▇ has gone sort of back and forth
14 on this a little, but let's just have you cover kind
15 of both sides of it.  Would a police officer ever tell
16 somebody to lie about the underlying events of the
17 case in a one-party consent call?
18     A.  Well, let me just tell you what I teach,
19 and I taught this yesterday.  I don't ever think it's
20 appropriate in -- most victims of sex crimes have been
21 lied -- especially child victims.  So I never want to
22 have officers perpetrate that.
23     What we try and do is we do tell them
24 that they shouldn't admit that this is being recorded
25 and you're not going to say, well, I'm sitting with

Page 379

1  the police and, you know.  The one-party consent call
2  is to try and get to the truth.
3      So what we try and urge detectives in
4  how to instruct whoever the caller is, is, you know --
5  they come up with some ruse for making the call and
6  maybe sometime, you know, you're really not concerned
7  about being pregnant, but you might say, well, I might
8  be pregnant and this is why I'm making the call.
9      But then after that, you tell them that
10 if there's, like, a direct question that you feel like
11 you're going to be lying about it, try to answer a
12 question with a question.  For example, if the
13 perpetrator says, Are you at the police department?
14 Are you recording it?  We try and say, Well, why would
15 I record it?
16     So you try and turn it around so we --
17 we really don't urge detectives to tell people -- to
18 tell victims to lie.  Specifically because I don't
19 want to present that evidence in court where I have to
20 explain to a jury that my victim is lying.
21     Q.  What -- what is your take on the SANE
22 report in this case and Ms. ▇▇▇ discussion of
23 that?
24     A.  Okay.  I went through the SANE report and
25 I -- I've looked at hundreds if not thousands of

Page 380

1  these.  On the first page she is very specific as to
2  when the time of the assault is; she says 11:30.  So
3  that showed that she had some knowledge of time and
4  space.
5      On the -- on the page involving some of
6  the questions that may be asked by the Sex Assault
7  Nurse Examiners, it's interesting that the complainant
8  indicates that she has no muscle pain, no headache, no
9  discharge, no bleeding, no pelvic pain, no abdominal
10 pain, no painful urination, no anal/rectal pain, no
11 any other pain, because none of that is checked off.
12     The only thing she says is there's
13 genital pain and then in quotes, which is from the
14 complainant, feels swollen.  Although interesting
15 enough when you look at the body sections, swelling
16 would be listed as edema by the nurse and that was not
17 noted by the nurse that there was any type of
18 swelling, which would certainly be something a SANE --
19 a Sex Assault Nurse Examiner or now they're called
20 Forensic Nurse Examiners, would have documented.
21     THE CHAIR:  Okay.  I'm sorry.  I need
22 to intervene here.  We are now past 5:15.  We have 28
23 minutes left for every remaining thing in the hearing,
24 including time for the Board to check their calendars
25 to deliberate, to schedule deliberations.  So that's

# EXHIBIT D

Confidential

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ARIZONA

 3
                                      )
 4  John Doe, a single man,           )
                                      )
 5                 Plaintiff,         )  Case No.
                                      )  2:18-cv-01623-DWL
 6     vs.                            )
                                      )
 7  The Arizona Board of Regents, et  )
    al,                               )
 8                                    )
                   Defendants.        )
 9

10

11
                         CONFIDENTIAL
12
               VIDEOCONFERENCE DEPOSITION OF
13
                         TARA DAVIS
14
                       MARCH 9, 2021
15
                        9:00 A.M.
16

17                    PHOENIX, ARIZONA

18

19

20

21

22
       REPORTED BY:
23     Sommer E. Greene, RMR, CRR
       Certified Court Reporter
24     Certificate No. 50622

25     JOB NO. 190226
```

Page 94

```
 1  she leaves the room?
 2           MR. DOWD:  Object to the form of the
 3  question.
 4           THE WITNESS:  I disagree with that.
 5      Q.   BY MR. ARAGON:  Why?
 6      A.   As I heard you, you're saying that this is
 7  someone who's making an informed, rationale decision.
 8  And this paragraph reflects that she stated she does
 9  not have control of her body and that they were the
10  ones moving her.
11      Q.   Yeah, I guess I'm asking about the
12  statement that "I don't want to have sex" or "I don't
13  want to be recorded."  We're not sure which occurred,
14  but there is testimony that one of those occurred.
15           And so my question is, we agree that those
16  are rationale, or could at least be, rationale,
17  informed decisions.
18           So my question is, if you possibly made a
19  rationale, informed decision during the incident, how
20  are you equally incapacitated or more incapacitated
21  when you leave the room --
22      A.   Again --
23      Q.   -- given that you are able to make a
24  possibly rationale, informed decision?
25           MR. DOWD:  Object to the form of the
```

Page 95

```
 1  question.
 2           THE WITNESS:  Again, it's the totality
 3  of the incident.  You cannot isolate one possible
 4  statement and infer the capacity.
 5      Q.   BY MR. ARAGON:  Okay.
 6           Let's go back to the October -- September
 7  19, 2016.
 8           In paragraph 6, it states, "Ms. ▮
 9  dressed herself and found Witness 2, ▮
10  ▮."
11           Ms. ▮ -- did I read that correctly?
12      A.   I believe that's who Witness 2 is.
13      Q.   Yeah.  I'll avow to you that it is.
14           So you agree with me that Ms. ▮ told
15  you that she was able to dress herself.  Correct?
16      A.   Yes.
17      Q.   But you're aware that she made statements
18  earlier -- or other statements at least, that she was
19  unable -- well, she didn't even know who undressed
20  her and that she wouldn't have been able to undress
21  herself because she was too incapacitated.  Correct?
22      A.   Yes.
23      Q.   Right?  And so here, if she's able to dress
24  herself, that would at least be some indication that
25  she had increased level of capacity.  Right?
```

Page 96

```
 1      A.   I disagree.
 2      Q.   Why?
 3      A.   The way that she had described her shirt
 4  was like a bralette.  And being able to put one on
 5  requires a different motion than being able to take
 6  one off.
 7      Q.   It's easier to dress yourself with the
 8  particular item of clothing she had than it is to
 9  undress yourself?
10      A.   Correct.
11      Q.   During this meeting in September 19, 2016,
12  you didn't have a copy of the police report.
13  Correct?
14      A.   Correct.
15      Q.   And so all of the information summarized,
16  for at least the date September 19, 2016, is coming
17  from Ms. ▮, not from any other source.  Right?
18      A.   Correct.
19      Q.   If you flip the page to page 3.
20           I believe you wrote additionally, "Jane
21  Roe's friend, Student 2, encouraged her to report the
22  matter to ASU because of all of the media attention
23  on athletes being let off easily."
24           Did I read that correctly?
25      A.   Yes.
```

Page 97

```
 1      Q.   And I'll avow to you, again, that student
 2  is ▮.  Did you ask her what
 3  students -- I'm sorry, what athletes she was
 4  referring to with respect to athletes being let off
 5  easily?
 6      A.   I did not.
 7      Q.   Are you aware of any athletes being let off
 8  easily in sexual misconduct matters?
 9      A.   No.
10      Q.   Okay.  And so you had a second meeting with
11  Ms. ▮ on October 27, 2016.  Right?
12      A.   Yes.
13      Q.   And where did that meeting take place?
14      A.   I believe it took place at the same
15  downtown location.
16      Q.   Who scheduled the meeting?
17      A.   I believe I did.
18      Q.   Why did you schedule a second meeting?
19      A.   To follow-up on the questions I had from
20  after having spoken to ▮ and the witnesses.
21      Q.   Go to page 4, paragraph 5, which is the
22  second full paragraph from the bottom.
23           The very last sentence says, "She
24  reiterated that there is a video of her saying she
25  didn't want to have sex."
```