IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party, | No. CV-18-01623-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

The Court has reviewed the proposed redactions to the exhibits to Arizona Board of Regents' response to Plaintiff's motion to exclude the expert opinions and testimony of Peter F. Lake (Doc. 186-1 [redacted version, publicly filed]; Doc. 184 [unredacted highlighted version, lodged under seal]) and has concluded that the standard for sealing is met, as the redactions are limited to the names of "Protected Persons" or information that would reveal Plaintiff's identity.

Accordingly,

**IT IS ORDERED** that Defendant's unopposed motion to file under seal the unredacted version of these exhibits (Doc. 183) is granted. The Clerk of Court shall file under seal the document lodged at Doc. 184.

Dated this 2nd day of December, 2021.

Dominic W. Lanza
United States District Judge