**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>             Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>             Defendants. | Case No: 2:18-cv-01623-DWL<br><br>**JOINT MOTION TO RESET ORAL ARGUMENT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

On June 21, 2022, this Court scheduled oral argument on Defendant the Arizona Board of Regents' ("ABOR") pending Motion for Summary Judgment (Doc. 155) for July 6, 2022, at 10:00 a.m. [*See* Doc. 202.] Counsel for ABOR has multiple professional and personal obligations that conflict directly with that date and will impair counsel's ability to adequately prepare for the argument. Two key members of ABOR's legal team will be traveling out of the State of Arizona from July 2, 2022 through July 6, 2022 on long-planned travel. The remainder of ABOR's legal team will be in the office on July 6, 2022, but have conflicting deposition obligations, as well as expert witness commitments. Counsel for ABOR also has conflicts the remainder of July, due to 1) depositions in several matters, two

of which are depositions under Rule 30(b)(6), Ariz. R. Civ. P.; 2) surgery; and 3) out of state travel commitments.

Accordingly, the parties respectfully request that the oral argument be rescheduled to a date that is convenient for both the Court and parties. Counsel for both parties are available on August 9-12, 2022. Counsel for the parties are also available to participate in a brief conference the week of June 27, 2022 to discuss scheduling and alternative dates for oral argument.

A proposed Order is attached.

RESPECTFULLY SUBMITTED this 24th day of June, 2022.

<div style="margin-left: 2em;">

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
   Attorneys for Defendants

By:   */s/  Rebecca van Doren*
         Daniel G. Dowd
         Betsy J. Lamm
         Rebecca van Doren

**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
   Attorneys for Plaintiff

By:   *Leonard W. Aragon (with permission)*
         Robert B. Carey
         Leonard W. Aragon

</div>


COHEN DOWD QUIGLEY

2