Robert B. Carey (011186)
Leonard W. Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, a single man, | Case No.: 2:18-cv-01623-DWL |
| Plaintiff, | |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF SEPTEMBER 7, 2022 HEARING** |
| The Arizona Board of Regents, et al., | |
| Defendants. | (Assigned to the Honorable Dominic W. Lanza) |

Plaintiff John Doe respectfully requests a continuance of the upcoming Daubert motion hearing, which is currently set for September 7, 2022, at 9:30 a.m. [Dkt. 208]. Plaintiff requests the continuance due to counsel's commitments in other matters. Plaintiff has conferred with Defendant ABOR and Defendant does not oppose Plaintiff's request.

Plaintiff requests the continuance because counsel has an extremely demanding deposition schedule this fall. Mr. Aragon is currently conducting discovery in six catastrophic personal injury cases pending in Los Angeles Superior Court, *Padovani, et al. v. Fisher-Price, Inc., et al.*, 19STCV42307. He had/has expert witness depositions, along with expert deposition preparation, scheduled in those cases starting last month and continuing through November. While not taking or defending every deposition, Mr. Aragon is at least supervising or monitoring each deposition and is in fact currently traveling out of state for depositions.

Plaintiff has conferred with Defendant and both parties are able to appear for the hearing on September 19, 20, and 21. Accordingly, Plaintiff respectfully requests that the hearing be rescheduled to a date is agreeable for both the Court and the parties.

RESPECTFULLY SUBMITTED this 31st day of August, 2022.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Leonard W. Aragon
 Robert B. Carey (011186)
 Leonard W. Aragon (020977)
 rob@hbsslaw.com
 leonard@hbsslaw.com

Attorneys for Plaintiff John Doe

1