# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>　　　　Defendants. | No. CV-18-01623-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** that ABOR's motion for leave to file a reply in support of its motion for reconsideration (Doc. 244) is granted. ABOR may file a reply in support of its motion for reconsideration by **October 25, 2022**.

**IT IS FURTHER ORDERED** that ABOR may file, as an exhibit to its reply, a complete copy of the voluminous Title IX Case Tracking Report in an alternative format, such as on a flash drive or DVD, which will allow the Court to review the exhibit. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, Section II.N.2, ABOR must prepare an index and notice of filing in pleading format to be submitted with the exhibit. The caption of the index will state what document, if any, the exhibit is supporting. ABOR shall serve Plaintiff with the index, notice of filing, and exhibit and shall deliver the same to the Court.

Dated this 18th day of October, 2022.

Dominic W. Lanza
United States District Judge