# EXHIBIT A

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| **Unknown Party,** | ) | |
| | ) | No. **CV-18-1623-PHX-DWL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | September 23, 2022 |
| **Arizona Board of Regents,** | ) | 10:02 a.m. |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | **REDACTED** |
| _____ | ) | |

**BEFORE:   THE HONORABLE DOMINIC W. LANZA, JUDGE**

<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>

<u>MOTION HEARING</u>

Official Court Reporter:
Candy L. Potter, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 36
Phoenix, Arizona 85003-2151
(602) 322-7246

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1    responsible for F-23.  What are the case numbers?  Pull out the

2    case Title IX case tracking report, find those case numbers,

3    look over to the field -- I can't remember the title.  It's the

4    field that basically has the summary of the allegations.  And

5    read them.  And say, gee, do these ten, do any of them make the          03:01:45

6    cut as being similarly situated?

7         I mean, that's what we did to put it together.  You

8    just get them both out.  And they're both long.  And you can

9    search them, I think, electronically, just put the case number

10   in.  And if not, you do it the old fashioned way, you flip          03:02:00

11   through until you find the case number.

12         I'm not trying to -- I'm not trying to get off track.

13   If you want something more, we're happy to provide it.  But

14   that's what we did.

15         THE COURT:  Okay.  All right.          03:02:12

16         MR. DOWD:  Thank you very much.

17         THE COURT:  Thank you.

18         All right.  I guess before I conclude, Mr. Aragon,

19   just because that's a point I didn't raise when you were on the

20   line, either -- any thoughts on that?          03:02:23

21         MR. ARAGON:  Yes.  Just to be clear, we understand

22   what's in the spreadsheets.  It's a qualitative set of

23   information, not a quantitative set of information.  And the

24   relevant information that they want us to analyze are summaries

25   of allegations.  And our expert said that's just simply not          03:02:43

1   address one thing?

2          THE COURT:  Yes.

3          MR. ARAGON:  I'm sorry.

4          So just for clarification on the motion for

5   reconsideration, you asked for briefing and you named the          03:04:08

6   *Pottenger* case.  Do you want briefing just on that issue or do

7   you want briefing on the entire -- on the entire motion for

8   reconsideration?

9          THE COURT:  I was hoping to get briefing on the entire

10  motion.  And I just wanted to alert you that based on my first     03:04:26

11  cut through it, that was the one case that really stood out to

12  me as something that would benefit from more discussion.  But I

13  didn't want to limit you just to that.

14         MR. ARAGON:  Okay.  I appreciate that, Your Honor.

15         And then, because of that, could we -- we would            03:04:39

16  respectfully request an extension of time to respond.  As I

17  said, I mentioned, I have a very substantive and large and huge

18  class certification brief due on the exact same date as your

19  due date, and Miss Beardsley is helping me with that as well.

20         Could we get an additional ten business days?              03:04:57

21         THE COURT:  Yes, that's fine.

22         MR. ARAGON:  Thank you.  Thank you, Your Honor.

23         THE COURT:  Okay.  So just we're on -- so it's

24  currently due the 28th?

25         MR. ARAGON:  Yes.                                          03:05:13

UNITED STATES DISTRICT COURT

1

2

3

4              C E R T I F I C A T E

5

6        I, CANDY L. POTTER, do hereby certify that I am duly

7   appointed and qualified to act as Official Court Reporter for

8   the United States District Court for the District of Arizona.

9        I FURTHER CERTIFY that the foregoing pages constitute

10  a full, true, and accurate transcript of all of that portion of

11  the proceedings contained herein, had in the above-entitled

12  cause on the date specified therein, and that said transcript

13  was prepared under my direction and control.

14        DATED at Phoenix, Arizona, this 27th day of

15  September, 2022.

16

17

18

                             s/Candy L. Potter_____
19                           Candy L. Potter, RMR, CRR

20

21

22

23

24

25