COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
Jenna L. Brownlee (034174)
Email: jbrownlee@CDQLaw.com
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents, et al.,<br><br>Defendants. | Case No.: 2:18-cv-01623-DWL<br><br>**NOTICE OF FILING EXHIBIT IN ALTERNATIVE FORMAT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Pursuant to the Court's October 18, 2022 Order (Doc. 245) and the District of Arizona Electronic Case Filing Administrative Policies and Procedures Manual ("E-Filing Procedures"), Section II.N.2, the Arizona Board of Regents ("ABOR") hereby provides notice of filing an exhibit to ABOR's Reply in Support of Motion for Reconsideration ("Reply") in an alternative format.  In particular, Exhibit 1 to the Reply is a voluminous document entitled "Title IX Case Tracking Report."  The Title IX Case Tracking Report is nearly 300 pages in length and 360 megabytes in size.  The document far exceeds the Court's electronic filing size limitation of 10 megabytes per document.  Due to the size of the document, and to allow the Court to fairly review the complete exhibit, ABOR is submitting the Title IX Case Tracking Report on a flash drive.

. . .

Pursuant to the E-Filing Procedures and the Court's Order (Doc. 245), an Index is attached to this Notice of Filing. ABOR is further serving this Notice of Filing, Index and a flash drive containing the referenced Exhibit on counsel for the Plaintiff in this action.

RESPECTFULLY SUBMITTED this 25th day of October, 2022.

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
    Attorneys for Defendants

By:    */s/ Betsy J. Lamm*
       Daniel G. Dowd
       Betsy J. Lamm
       Rebecca van Doren
       Jenna L. Brownlee