**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email:  ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email:  blamm@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
Jenna L. Brownlee (034174)
Email:  jbrownlee@CDQLaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | Case No:  2:18-cv-01623-DWL |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND DEADLINE FOR GOOD FAITH SETTLEMENT TALKS** |
| The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron, | (Assigned to the Honorable Dominic W. Lanza) |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) the parties respectfully request a brief extension of the deadline for the parties to participate in good faith settlement talks. This requested extension is not sought for purpose of delay, but to accommodate scheduling challenges for both counsel and their clients from competing professional obligations and personal travel and other commitments relating to the holiday season.  An extension will also permit the parties to have a more productive settlement discussion.  Accordingly, the parties respectfully request that the Court extend the deadline for good faith settlement talks from

December 20, 2022 (14 days after the Court's resolution of ABOR's Motion for Partial Summary Judgment), to January 31, 2023.

A proposed Order accompanies this Joint Motion.

RESPECTFULLY SUBMITTED this 20th day of December, 2022.

       COHEN DOWD QUIGLEY
       The Camelback Esplanade One
       2425 East Camelback Road, Suite 1100
       Phoenix, Arizona  85016
        Attorneys for Defendants

       By: */s/ Rebecca van Doren*
         Daniel G. Dowd
         Betsy J. Lamm
         Rebecca van Doren
         Jenna L. Brownlee


       HAGENS BERMAN SOBOL SHAPIRO LLP
       11 West Jefferson Street, Suite 1000
       Phoenix, Arizona  85003
        Attorneys for Plaintiff

       By: */s/ Leonard W. Aragon (with permission)*
         Robert B. Carey
         Leonard W. Aragon