**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
Jenna L. Brownlee (034174)
Email: jbrownlee@CDQLaw.com
  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | Case No: 2:18-cv-01623-DWL |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR FURTHER EXTENSION OF DEADLINE FOR GOOD FAITH SETTLEMENT TALKS** |
| The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron, | |
| Defendants. | (Assigned to the Honorable Dominic W. Lanza) |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) the parties respectfully request another brief 30-day extension of the deadline for the parties to participate in and complete good faith settlement talks. This requested extension is not sought for purpose of delay, as settlement discussions have already begun and a settlement offer has been exchanged. However, the parties need additional time to evaluate the possibility of settling Plaintiff's disputes with the Arizona Board of Regents, which include both this matter and Plaintiff's separate action pending in Maricopa County Superior Court. The evaluation process further

requires multiple levels of review and the involvement of multiple independent state agencies. Accordingly, the parties respectfully request that the Court extend the deadline for good faith settlement talks from January 31, 2023 to March 2, 2023. No other deadlines will be impacted by this extension.

A proposed Order accompanies this Joint Motion.

RESPECTFULLY SUBMITTED this 23rd day of January, 2023.

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
   Attorneys for Defendants

By:   */s/ Rebecca van Doren*
      Daniel G. Dowd
      Betsy J. Lamm
      Rebecca van Doren
      Jenna L. Brownlee

HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
   Attorneys for Plaintiff

By:   */s/ Leonard W. Aragon (with permission)*
      Robert B. Carey
      Leonard W. Aragon