**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email:  ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email:  blamm@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
Jenna L. Brownlee (034174)
Email:  jbrownlee@CDQLaw.com
   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>    Defendants. | Case No:  2:18-cv-01623-DWL<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Pursuant to Paragraph 10 of the Case Management Order (Doc. 67) entered in this case, as extended by the Court, the parties submit the following joint report on settlement talks.  The parties have engaged in good faith settlement discussions, with movement on both sides towards a potential resolution.  The parties respectfully believe that the Court's involvement, including referral to a magistrate judge, would assist the parties in determining whether a settlement can be reached.  Accordingly, pursuant to Paragraph 10 of the Casement Management Order and LRCiv 83.10, the parties respectfully request that the

Court refer the action to a magistrate judge for the purpose of holding a timely settlement conference.

RESPECTFULLY SUBMITTED this 9th day of March, 2023.

        **COHEN DOWD QUIGLEY**
        The Camelback Esplanade One
        2425 East Camelback Road, Suite 1100
        Phoenix, Arizona 85016
           Attorneys for Defendants

By:   */s/ Betsy J. Lamm*
        Daniel G. Dowd
        Betsy J. Lamm
        Rebecca van Doren
        Jenna L. Brownlee

HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
   Attorneys for Plaintiff

By:   */s/ Leonard W. Aragon  (with permission)*
        Robert B. Carey
        Leonard W. Aragon