# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party, | No. CV-18-01623-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

At the request of counsel (as reflected in the parties' Joint Report on Settlement Talks - Doc. 256), and good cause appearing,

IT IS ORDERED granting the parties' request. Magistrate Judge Eileen S. Willett having been randomly drawn,

IT IS ORDERED referring this matter to Magistrate Judge Willett for the purpose of conducting a settlement conference. Counsel are directed to contact said chambers within **14 days** of the date of this Order to schedule a hearing date and time.

Dated this 9th day of March, 2023.

Dominic W. Lanza
United States District Judge