# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>　　　　Defendants. | No. CV-18-01623-PHX-DWL<br><br>**ORDER** |

　　　　This matter was referred to Judge Willett for a Settlement Conference (Doc. 257).

　　　　IT IS ORDERED setting a Telephonic Status Conference to discuss scheduling a Settlement Conference for **March 22, 2023 at 10:00 a.m.** Counsel for Plaintiff is directed to make arrangements for a call-in conference call. The conference phone number and ID code or password should be provided to the Court no later than three business days prior to the Telephonic Status Conference via email message to willett_chambers@azd.uscourts.gov.

　　　　**Counsel need not jointly call Chambers.** Judge Willett will discuss scheduling at the Telephonic Status Conference set above.

　　　　Dated this 14th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge