## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

Case No.   **CV-18-01623-PHX-DWL**          DATE:  **March 22, 2023**

Title:  **Unknown Party**     vs.   **Arizona Board of Regents**
           Plaintiff                    Defendant
================================================================

HON:  **Eileen S. Willett**      Judge #:  **70CC**

   **Debbie Monroe**                 **Not Recorded**
   Judicial Assistant               Reporter/ECRO

**APPEARANCES:**

Leonard Aragon appearing for Plaintiff Unknown Party.

Betsy Lamm, Rebecca Van Doren, and Jenna Brownlee appearing for Defendant Arizona Board of Regents.

All appearances telephonic.

================================================================
**PROCEEDINGS:**        _____Open Court        _____Chambers      __X__Other


The settlement Magistrate Judge held a telephonic status conference. The settlement Magistrate Judge discussed her process for conducting settlement conferences, and all counsel agreed the process may be helpful for reaching a settlement in the case.

The parties have exchanged multiple rounds of offers and will not be required to exchange more in advance of the settlement conference. Counsel shall email to the settlement Magistrate Judge's Chambers their respective confidential settlement memoranda and signed ground rules no later than **April 19, 2023**. All parties and counsel are available for a settlement conference on **April 24, 2023 at 9:30 a.m**. An Order with further instructions shall follow.


Total time:   45 mins.
10:00 a.m. – 10:45 a.m.