**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Betsy J. Lamm (025587)
Email: blamm@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
Jenna L. Brownlee (034174)
Email: jbrownlee@CDQLaw.com
   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; James Rund; Craig Allen; Tara Davis; Kendra Hunter; Kathleen Lamp; and Andrew Waldron,<br><br>Defendants. | Case No:  2:18-cv-01623-DWL<br><br>**JOINT MOTION TO RESET SETTLEMENT CONFERENCE**<br><br>(Assigned to the Honorable Dominic W. Lanza)<br><br>(Settlement Conference Judge: The Honorable Eileen Willett) |

At the parties' request, the Honorable Eileen Willett scheduled a settlement conference in this matter for April 24, 2023.  However, the Arizona Board of Regents ("ABOR") requires additional time to complete the multiple levels of review necessary to obtain the input and participation of the multiple independent state agencies required given the nature of the litigation.  Accordingly, the parties respectfully request that the settlement conference be rescheduled to a date that is convenient for both the Court and parties.  The parties and their respective representatives are available on August 7, 2023 and August 28, 2023, whichever is more convenient for the Court.

A proposed Order is attached.

RESPECTFULLY SUBMITTED this 17th day of April, 2023.

        COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
   Attorneys for Defendants


By:    _/s/  Rebecca van Doren_
        Daniel G. Dowd
        Betsy J. Lamm
        Rebecca van Doren
        Jenna L. Brownlee


**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
   Attorneys for Plaintiff


By:    _/s/ Leonard W. Aragon (with permission)_
        Robert B. Carey
        Leonard W. Aragon
        E. Tory Beardsley