# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

Case No.   CV-18-01623-PHX-DWL          DATE:  November 6, 2023

Title:   Unknown Party      vs.   Arizona Board of Regents
              Plaintiff                    Defendant
================================================================

HON:   Eileen S. Willett       Judge #:   70CC

   Debbie Monroe                      Not Recorded
   Judicial Assistant                   Reporter/ECRO

**APPEARANCES:**

Leonard Aragon and Elizabeth Beardsley appearing for Plaintiff John Doe, who is also present.

Daniel Dowd, Betsy Lamm, and Jenna Brownlee appearing for Defendant Arizona Board of Regents. Also present are:  Vice President of Student Services ASU Dr. Vogel, Vice President of Legal Affairs ASU, Associate General Counsel Sara Trower, Chief Counsel Employment Division Attorney General's Office Ann Hobart, AZ DOA Senior Claims Adjuster Bruce Brown, and Senior Counsel United Educators Kate Hance.

All appearances telephonic.

================================================================
**PROCEEDINGS:**      _____Open Court       _____Chambers      __X__Other

The settlement Magistrate Judge conducted a continued telephonic settlement conference.  All parties participated in good faith.  The parties have resolved all issues before the settlement Magistrate Judge subject to JLBC approval.  The parties shall email to the settlement Magistrate Judge's chambers email willett_chambers@azd.uscourts.gov. a joint status report in 60 days from today's date as discussed.


Total time:   4 hours, 55 minutes
9:30 a.m. – 2:25 p.m.