Robert B. Carey (011186)
Leonard W. Aragon (020977)
E. Tory Beardsley (031926)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona  85003
Telephone: (602) 840-5900
rob@hbsslaw.com
leonard@hbsslaw.com
toryb@hbsslaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, a single man, | Case No.: 2:18-cv-01623-DWL |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| The Arizona Board of Regents, et al., | |
| Defendants. | (Assigned to the Honorable Dominic W. Lanza) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff John Doe and Defendant the Arizona Board of Regents, by and through their attorneys, jointly stipulate that all claims asserted in this action are hereby dismissed with prejudice, with each party to bear his/its own costs and fees.

A proposed form of order accompanies this Stipulation.

RESPECTFULLY SUBMITTED this 23rd day of February 2024.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By s/ Leonard W. Aragon
    Robert B. Carey (011186)
    Leonard W. Aragon (020977)
    E. Tory Beardsley (031926)
    rob@hbsslaw.com
    leonard@hbsslaw.com
    toryb@hbsslaw.com

    Attorneys for Plaintiff John Doe

**COHEN DOWD QUIGLEY**

By s/ Daniel G. Dowd *with permission*
    Daniel G. Dowd
    Betsy J. Lamm
    Rebecca van Doren
    Jenna L. Brownlee
    The Camelback Esplanade One
    2425 East Camelback Road, Suite 1100
    Phoenix, Arizona 85016
    ddowd@CDQLaw.com
    blamm@CDQLaw.com
    rvandoren@CDQLaw.com
    jbrownlee@CDQLaw.com

    Attorneys for Defendants